Nicolette Glazer Esq. (CSBN 209713)
nicolette@glazerandglazer.com
LAW OFFICES OF LARRY R GLAZER
1875 Century Park East #700
Century City, California 90067
T:310-407-5353
F:310-388-3833
ATTORNEYS FOR PLAINTIFFS
AND THE PUTATIVE CLASS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON KETSOYAN, ELENA WESTBROOK, AND YANKO LUKOV, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiffs and Petitioners,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE; ET AL.<br><br>Defendants | 2: 19-cv-01198-VAP-AGR<br><br>**PLAINTIFFS' SUMBISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF EX PARTE APPLICATION FOR TRO** |

COME NOW Petitioners and respectfully submit the Memorandum Opinion issued by the Hon. J Wolf on 21 September 2018 in the unrelated case of *Jiminez v Cronen*, (1:18cv10225-MLW) (Dist. of Massachusetts) as further legal authority in support of their claims. The *Jiminez* Court rejected the same jurisdictional arguments offered by Respondent in this matter. (pp. 16-27). The *Jiminez* Court found that "Petitioners have stated a plausible due process claim that ICE may only

PLAINTIFFS' SUMBISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF EX PARTE APPLICATION FOR TRO - 1

remove an alien who is pursuing a provisional waiver after considering that fact and the policy reasons for the provisional waiver regulations." *Id* at 28. A copy of the Memorandum Opinion is attached as Exhibit A to this notice.

Date: 25 February 2019

        Respectfully Submitted by

        _____*s/ Nicolette Glazer Esq.*_____
        Nicolette Glazer Esq.
        LAW OFFICES OF LARRY R GLAZER
        1875 Century Park East #700
        Century City, CA 90067
        T: 310-407-5353
        F: 310-407-5354
        nicolette@glazerandglazer.com
        ATTORNEY FOR PLAINIFFS AND THE PUTATIVE CLASSES

PLAINTIFFS' SUMBISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF EX PARTE APPLICATION FOR TRO - 2