NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JENNIFER JACOBS (Cal. Bar No. 157609)
KAREN PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6167/8561
    Facsimile: (213) 894-7819
    E-mail: Jennifer.Jacobs3@usdoj.gov
         Karen.Paik@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEVON KETSOYAN, ELENA WESTBROOK, AND YANKO LUKOV,[1] INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>    Plaintiffs and Petitioners,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | No. 2:19-cv-01198 V AP (AGRx)<br><br>**DECLARATION OF CESAR MONZON IN SUPPORT OF REPLY RE: MOTION TO DISMISS**<br><br><br><br>Honorable Virginia A. Phillips<br>Chief District Judge |

---

[1] On March 22, 2019, Plaintiff Lukov voluntary dismissed his claims with prejudice. (ECF No. 18.)

### DECLARATION OF CESAR MONZON

I, Cesar Monzon, declare as follows:

1. I am employed as a Deportation Officer with the U.S. Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), and am presently assigned to the Henderson Detention Center Detained Unit in Las Vegas, Nevada. I have been employed by DHS since March 6, 2008. I am providing this declaration based upon my personal knowledge and review of administrative records. If called as a witness, I could and would testify competently thereto.

2. On May 15, 2000, petitioner Yanko LUKOV, Alien Registration Number A078 045 981, illegally entered the United States. That same date he was apprehended by Border Patrol officers in Rio Rico, Arizona.

3. On May 16, 2000, LUKOV was transferred to ICE custody in Florence, Arizona.

4. On June 1, 2000, LUKOV was released from ICE custody with the posting of a $1,500 bond.

5. On July 22, 2009, LUKOV was ordered removed by an Immigration Judge.

6.. On August 18, 2009, LUKOV appealed the Immigration Judge's removal order to the Board of Immigration Appeals ("Board"). On May 15, 2012, the Board dismissed LUKOV'S appeal.

7. LUKOV filed a Petition for Review with the U.S. Court of Appeals for the Ninth Circuit. The Petition for Review was denied on March 30, 2016 and the mandate was issued on August 18, 2016.

8. On June 4, 2015, LUKOV was scheduled to appear for an appointment with an ERO officer in Las Vegas, Nevada. LUKOV did not appear for that appointment.

9. On June 25, 2015, LUKOV was scheduled to appear for an appointment with an ERO officer in Las Vegas, Nevada. LUKOV did not appear for that appointment. A Notice of Immigration Bond Breach was mailed to the obligor on June 29, 2015.

10. LUKOV has never been released pursuant to an Order of Supervision.

11. On February 14, 2019, LUKOV was arrested by ERO Officers of the Las Vegas Fugitive Operations Team and was booked into the Henderson Detention Center.

12. On April 3, 2019, LUKOV was removed from the United States to Bulgaria via airplane flight.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2019 at Las Vegas, Nevada.

Cesar Monzon