UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  CV 19-01198-VAP-AGR                            Date  12/18/2019

Title  Levon Ketsoyan, et al. v. U.S. Department of Justice, et al,

Present: The Honorable  VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):

Nicolette Glazer                                                  Mary L. Larakers, AUSA
                                                                          Karen Paik, AUSA

Proceedings:   DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [37]

Matter called. Counsel for the parties are present as referenced above. Court Issue's tentative ruling and invites oral argument of Counsel. The Court having heard from counsel, takes the matter under submission. Court will issue final ruling.

**IT IS SO ORDERED.**