**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

Levon Ketsoyan and Marina Adzhiyan,

    Plaintiffs,

v.

U.S. Department of Justice, et al.,

    Defendants

2:19-cv-01198-VAP-AGRx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 3/11/20

Virginia A. Phillips
Chief United States District Judge